ACCEPTED
12-15-00061-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/1/2015 4:23:45 PM
CATHY LUSK
CLERK

No. 12-15-00061-CV

## IN THE COURT OF APPEALS
### FOR THE TWELFTH DISTRICT OF TEXAS
### IN TYLER, TEXAS

ALINEA FAMILY HOSPICE CARE LLC D/B/A ALINEA FAMILY HOSPICE CARE, DONNA JUNKERSFELD, R.N., AND KARLA GAMBLE, LVN,

*Appellants*,

**v.**

PEGGY GOLDSMITH, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RUTH N. MASSEY,

*Appellee*.

**On Appeal from the 294th District Court
Van Zandt County, Texas, Cause No. 13-00276**

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d), Appellee Peggy Goldsmith files this Unopposed Motion for Extension of Time to File Appellee's Brief. In support of the 4-day extension requested in this motion, Appellee would respectfully show the Court the following:

1.      Appelle's Brief is due on Monday, May 4, 2015. Appellee requests an extension of 4 days to file her brief, making the new date May 8, 2015.

1

2.       Counsel for Appellants and Appelle are in the process of discussing potential resolution of this matter.

3.       Because of the foregoing, the undersigned believes that a 4-day extension will be necessary in this case.

WHEREFORE, Appellee Peggy Goldsmith respectfully prays that the Court grant this unopposed motion and extend the time to file Appellee's Brief to May 8, 2015.

Respectfully submitted,


     */s/ Meredith Mathews*
Patrick W. Powers
State Bar No. 24013351
patrick@powerstaylor.com
Meredith Mathews
State Bar No. 24055180
meredith@powerstaylor.com

POWERS TAYLOR LLP
8150 North Central Expressway
Suite 1575
Dallas, Texas 75206
Phone:  214.239.8900
Fax:  214.239.8901

*Attorneys for Appellee Peggy Goldsmith*

## CERTIFICATE OF CONFERENCE

On May 1, cpunsel for Appellee confered with Jason D. Mazingo, counsel for Appellants, regarding this motion. Mr. Mazingo stated that his clients do not oppose the requested extension of time to file the Appellee's Brief.


_/s/ Meredith Mathews_
Meredith Mathews

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record, on this the 1st day of May 2015, as follows:

*VIA ELECTRONIC FILING SERVICE*
Jason D. Mazingo
305 South Broadway Ave., Ste. 404
Tyler, Texas 75702


_/s/ Meredith Mathews_
Meredith Mathews